BEFORE THE SECOND DIVISION, DECEMBER 27, 1943

**No. 49065.**—Protests 781283–G, etc., of Dritz Traum Co. et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, DECEMBER 27, 1943

**No. 49066.**—Protests 835761–G (C), etc., of Norse Produce Co. (New York).

Opinion by KEEFE, J. It was stipulated that the cheese in question is similar to that the subject of Abstract 42146. The protests were therefore sustained to this extent.

**No. 49067.**—Protests 655547–G, etc., of Dirk Uges (New York).

Opinion by KEEFE, J. It was stipulated that the cheese in question is similar to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstracts 42146 and 48269. The protests were therefore sustained.

**No. 49068.**—Protests 619448–G, etc., of J. Sammes (New York).

Opinion by KEEFE, J. It was stipulated that the cheese in question is similar to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstracts 42146 and 48269. The protests were therefore sustained.

**No. 49069.**—Protests 57839–K, etc., of Chas. L. Huisking & Co., Inc., et al. (New York).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

DECEMBER 27, 1943

**No. 49070.**—SUIT 4429.—

—*United States* v. *Hochschild, Kohn & Co.* affirmed in C. A. D. 255.

**No. 49071.**—SUIT 4435.— —*United States* v. *D. H. Armaghanian et al.* reversed November 1, 1943. C. A. D. 263.

DECEMBER 27, 1943

**No. 49072.**— —Protest 99054–K of Van Raalte Co., Inc. Plaintiff's application for rehearing granted. Abstract 49026.